666 A.2d 162

IN THE MATTER OF JEROME T. WILLIAMS,
AN ATTORNEY AT LAW.

November 6, 1995.

## ORDER

This matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **JEROME T. WILLIAMS** of **PASSAIC,** who was admitted to the bar of this State in 1979;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent failed to collect sufficient funds in a real estate matter to pay a title insurance fee and thereafter failed to reply to the title company's several attempts to collect the fee; commingled personal funds and client funds; failed to maintain any trust or business account records; and failed to reply to the district ethics committee investigator's written and telephonic requests for an explanation of the facts alleged in the grievance;

And the parties having agreed that respondent's violation of *RPC* 1.3, *RPC* 1.15(a) and (d) and *RPC* 8.1(b) warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate sanction for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JEROME T. WILLIAMS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.